Submitted April 16, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JESSE HENRY ELLIOT ERVIN-COMBS,
*Defendant-Appellant.*

Lane County Circuit Court
16CR46167; A171883

487 P3d 877

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).